W. GORDON KAUPP, SBN 226141
KAUPP & FEINBERG, LLP
870 Market Street, Suite 646
San Francisco, California 94102
Telephone:     (415) 896-4588
Facsimile:      (415) 294-9127
E-Mail:          gordon@kauppfeinberg.com

Attorneys for Plaintiff
SHARON GREEN

RYAN P. ESKIN, SBN 205413
THE CALIFORNIA STATE UNIVERSITY
OFFICE OF GENERAL COUNSEL
401 Golden Shore, 4th Floor
Long Beach, CA 90802-4210
Telephone:     (562) 951-4500
Facsimile:      (562) 951-4956
E-Mail:          reskin@calstate.edu

Attorneys for Defendants
BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,
SUSAN OPP, DENISE NEEDLAMAN, AND JAMES HOUPIS

---o0o---

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---o0o---

| | |
|---|---|
| SHARON GREEN,<br><br>            Plaintiff,<br><br>     vs.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; SUSAN OPP, individually; JAMES HOUPIS, individually; DENISE NEEDLEMAN, individually; and DOES 1 through 50, inclusive;<br><br>            Defendants. | Case No. 16-cv-1655<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

1

**STIPULATION & PROPOSED ORDER FOR DISMISSAL**

*Sharon Green v. Board of Trustees of The California State University*

WHEREAS the parties to this action, and each of them, have fully and finally resolved all issues set forth in this case.

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that this entire action is hereby dismissed with prejudice. The parties STIPULATE that each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: July 19, 2016                    Respectfully submitted,

                                        KAUPP & FEINBERG, LLP

                                        By:    /s/_____
                                               W. Gordon Kaupp
                                               Attorneys for Plaintiff

DATED: July 19, 2016                    Respectfully submitted,

                                        THE CALIFORNIA STATE UNIVERSITY

                                        By:    /s/_____
                                               Ryan Eskin
                                               Attorneys for Defendants

<u>ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)</u>

I, W. Gordon Kaupp, attest that concurrence in the filing of this stipulation has been obtained from the signatory Ryan Eskin, Defendants' counsel.

Executed this 19 day of July, 2016, in San Francisco, California.

                                        By:    /s/_____
                                               W. Gordon Kaupp

2

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the Court ORDERS that the foregoing stipulation is binding, and this case, in its entirety, is dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: July 19, 2016

_____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE